**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

MICHAEL RAMOS and BRIAN RIVERA,

                  Plaintiff,

-against-

STEVE BELSITO SONS, INC. BELSITO MECHANICAL LLC, BELSITO PLUMBING LLC, BELCO ASSOCIATES LLC, JOHN "JUNIOR" BELSITO, FRANK CIANCIOTTI, and ERIC V. JOHNSON,

                  Defendants.

Index No.: 20-CV-03858-FB-RER

**NOTICE OF APPEARANCE**

---

To the Clerk of this Court and all parties of record:

    PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants in the above-captioned case and requests that copies of any and all papers served and notices given in the case be served upon the undersigned counsel.

Dated: October 15, 2020
       New York, New York

JACKSON LEWIS P.C.

666 Third Avenue, 29th Floor
New York, NY 10017
T: (212) 545-4000
Allison.Benz@jacksonlewis.com

By:    s/Allison M. Benz
        Allison M. Benz

## **CERTIFICATE OF SERVICE**

      I hereby certify that on **October 15, 2020** the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                                           s/Allison M. Benz
                                                                            Allison M. Benz