UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MICHAEL RAMOS and BRIAN RIVERA,

CASE MANAGEMENT PLAN

Docket Number: 1:20-cv-3858 (FB) (RER)

Plaintiff,

-against-

STEVE BELSITO SONS, INC. et al.,

Defendant,
---------------------------------------------------------------X

Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by __completed__.

2. No additional parties may be joined after __11/30/2020__.

3. No amendment of the pleadings will be permitted after __11/30/2020__.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __11/12/2020__.

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:
   (a) expert witnesses on or before __3/1/2021__.
   (b) rebuttal expert witnesses on or before __3/31/2021__.

6. All discovery, including depositions of experts, shall be completed on or before __4/29/2021__ (Generally, this date must be no later than 6 months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within one (1) weeks following the close of all discovery and responses are due one week later.

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C.§636(c)? **(Answer no if any party declines to consent without indicating which party has declined.)**

☐ Yes   ☑ No

If parties answer yes, then fill out the **AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** form. The form can be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf.

9. A Telephone Conference set for _____, to be initiated by ☐ Plaintiff or ☐ Defendant (Check One).

   \* **(The Court will schedule the conference listed above.)**

10. Status Conference will be held on _____.
    \* **(The Court will schedule the conference listed above)**

11. A Final Pre-trial Conference will be held on _____.
    \*(**The Court will schedule the conference listed above.)**

This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

**Dated: Brooklyn, New York**

_____

CONSENTED TO:

**RAMON E. REYES, JR.**
**UNITED STATES MAGISTRATE JUDGE**

Brittany A. Stevens/Phillips & Associates, PLLC
NAME
Attorney for Plaintiff

ADDRESS 45 Broadway, Suite 430, NY, NY 10006

E-mail: bstevens@tpglaws.com

Tel.:   212-248-7431

Fax:   212-901-2107

Jason A. Zoldessy/Jackson Lewis P.C.
NAME
Attorney for Defendant

ADDRESS 666 3rd Ave, NY, NY 10017

E-mail: jason.zoldessy@jacksonlewis.com

Tel.:   212-545-4021

Fax:   212-972-3213