**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

MICHAEL RAMOS and BRIAN RIVERA,

**Case No.** 1:20-cv-03858-FB-RER

*Plaintiffs*,

-against-

STEVE BELSITO SONS, INC., BELSITO
MECHANICAL LLC, BELSITO PLUMBING
LLC, BELCO ASSOCIATES LLC, JOHN
"JUNIOR" BELSITO, FRANK CIANCIOTTI,
and ERIC V. JOHNSON,

*Defendants*.
---------------------------------------------------------------X

## NOTICE OF APPEARANCE

    To the clerk of this court and all parties of record: Please enter my appearance as a counsel for Plaintiff in the herein action. I certify that I am admitted to practice in this court.

Dated: New York, New York
       October 29, 2020

By:   /s/ Janelle Romero
      Janelle Romero, Esq.
      Phillips & Associates
      Attorneys at Law, PLLC
      45 Broadway, Suite 430
      New York, New York 10006
      T: (212) 248-7431
      F: (212) 901-2107
      jromero@tpglaws.com